# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Lucero, Carlos F**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Carlos F Lucero [electronically signed on 05/15/2019 by  Carlos F Lucero in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

General Comments:

| COMMENT |
|---|
| 1) Line 5 - Land was purchased on January 1, 2013 for $50,174 from the estate of Maria Medina, property was subject to mortgage (part VI, line 1) that was paid-in-full during 2018. |

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Carlos F. Lucero, Professional Corporation | Corporation | President and Director |

# II. Agreements

None

# III A. Filer's Non-Investment Income

| # | SOURCE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|
| 1 | Carlos F. Lucero, P.C. - Annuity payments received for prior services performed for former clients | Annuity payments | $22,300 |

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | University of North Carolina | 02/01/2018 - 02/03/2018 | Chapel Hill, NC | Non-FJC Educational Seminar | Transportation, food, and lodging |
| 2 | University of Alabama | 03/27/2018 - 03/29/2018 | Tuscaloosa, AL | Non-FJC Educational Seminar | Transportation, food, and lodging |

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 3 | International Association of Trial Lawyers | 07/19/2018 - 07/21/2018 | Colorado Springs, CO | Non-FJC Educational Seminar | Transportation, food, and lodging |

# V. Gifts

None

# VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Estate of Maria Medina | Installment note to purchase 1/2 interest in 160 acres, Rio Arriba County, New Mexico | None |

# VII. Investments and Trusts

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|-------------|--|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| Commercial Building, Alamosa County, CO | See Note | None | None | $50,001 - $100,000 | Estimated | | | |
| Apartments, Alamosa County, CO | See Note | $15,001 - $50,000 | Rent | $100,001 - $250,000 | Estimated | | | |
| 1/4 Section Farm Land; Conejos County, CO | | $1,000 or less | Rent | $15,001 - $50,000 | Estimated | | | |
| Vacant Land, Conejos County Co | | | None | $1 - $15,000 | Estimated | | | |
| 1/2 Interest in ▮▮▮▮ Rio Arriba County, NM | See Note | None | None | $100,001 - $250,000 | Estimated | | | |
| ▮▮▮▮ Vacant Lot, Jefferson County, CO | | | None | $15,001 - $50,000 | Estimated | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| Los Hermanos Luceros, Ltd Partnership (14% Interest) | See Note | $1,001 - $2,500 | Rent | $100,001 - $250,000 | Book Value | | | |
| Carlos F. Lucero, PC (100% Stock) | See Note | None | None | $15,000 or less | Book Value | | | |
| LCM, Inc TD Ameritrade Brokerage Account (H) | | | | | | | | |
| - TD Ameritrade IDA Interest Money Market | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| - IShares TIPS Bond ETF (TIP) | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| - Payden Low Duration Fund (PYSBX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| - Pimco Low Duration Fd (PLDDX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| - T Rowe Price Short Term Bond (PRWBX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| TD Ameritrade IRA Brokerage Account (H) | | | | | | | | |
| - SPDR Dow Jones Industrial Ave ETF Trust (DIA) | | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| - SPDR Tr S&P500 ETF Tr (SPY) | | $1,000 or less | Dividend | None | Cash Market | | | |
| - Vanguard Funds Emerging Markets ETF (VWO) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - Mathews Fds Pacific Tiger (MAPTX) | | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| - Mathews Fds Pacific Tiger (MAPTX) | See Note | | | | | Sold | 12/28/2018 | $15,000 or less |
| - PIMCO Real Return Fd F/K/A - PIMCO Real Return Fd (PRRDX) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| - PIMCO Real Return Fd F/K/A - PIMCO Real Return Fd (PRRDX) | See Note | | | | | Sold | 12/28/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| - IShares Core S&P Small-Cap ETF (IJR) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| - TD Ameritrade Insrd Dep Account | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| TD Ameritrade Brokerage Account (H) | | | | | | | |
| - TD Ameritrade Insrd Dep Account (Y) | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| Charles Schwab Brokerage Account (H) | | | | | | | |
| - Schwab Deposit Account Money Market | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| Equitable Life Assurance Society - Fixed Annuity | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Estimated | | | |
| Safeco Life Insurance Company - Fixed Annuity | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Estimated | | | |
| Colorado Bondshares | $5,001 - $15,000 | Dividend | $250,001 - $500,000 | Cash Market | | | |
| TD Ameritrade IRA Rollover (H) | | | | | | | |
| - ALPS Brown Capital Small Company I Fd | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| - ALPS Brown Capital Small Company I Fd (Note 6) | See Note | | | | Sold | 06/26/2018 | $15,000 or less |
| - AQR Managed Futures Strategy R6 | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| - Artisan Mid Cap Value Fund Advisor | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| - Blackrock Total Return (MPHQX) | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - Blackrock Total Return (MPHQX) | | | | | Purchased | 01/04/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| - Blackrock Total Return (MPHQX) | | | | | Purchased | 03/27/2018 | $15,000 or less |
| - Bridgeway FD Inc Blue-Chip 35 Index Fd  (BRLIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| - Buffalo Fds Mid Cap Fd (BUFMX) | $1,000 or less | Dividend | | | | | |
| - Dodge and Cox Funds Intl STK FD (DODFX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| - Dodge and Cox Funds Intl STK FD (DODFX) | | | | | Sold | 02/01/2018 | $15,000 or less |
| - Dodge and Cox Funds Intl STK FD (DODFX) | | | | | Purchased | 10/05/2018 | $15,000 or less |
| - Dodge and Cox Funds Stock Fund (DODGX) | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - Dodge and Cox Funds Stock Fund (DODGX) | | | | | Sold | 01/04/2018 | $15,000 or less |
| - Dodge and Cox Funds Stock Fund (DODGX) | | | | | Sold | 10/05/2018 | $15,000 or less |
| - Metropolitan West Total Return Bd (MWTSX) | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - Metropolitan West Total Return Bd (MWTSX) | | | | | Purchased | 01/04/2018 | $15,000 or less |
| - Northern Fds Small Cap Fd (NOSGX) | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - T Rowe Price High Yield (PRHYX) | | | | | | | |
| - T Rowe Price Emerging Mkts Stock (PRMSX) | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - T Rowe Price Emerging Mkts Stock (PRMSX) | | | | | Sold | 01/04/2018 | $15,000 or less |
| - T Rowe Price Blue Chip Growth  Fund (TRBCX) | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| - T Rowe Price Blue Chip Growth  Fund (TRBCX) | See Note | | | | | Sold | 06/26/2018 | $15,000 or less |
| - T Rowe Price Blue Chip Growth  Fund (TRBCX) | See Note | | | | | Sold | 10/05/2018 | $15,000 or less |
| - T Rowe Price Equity Income (REIPX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - T Rowe Price Equity Income (REIPX) | See Note | | | | | Sold | 10/05/2018 | $15,000 or less |
| - Templeton Global Bond Advisor (TGBAX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - Templeton Global Bond Advisor (TGBAX) | | | | | | Purchased | 06/26/2018 | $15,000 or less |
| - Thornburg International Value Inst (TGVIX) | | | None | | | | | |
| - Primecap Odyssey Stock Fd (POSKX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - Advisors Inner Circle II Champlain Mid Cap Instl Fd | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - Oppenheimer Intl Growth I | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - T Rowe Price Instl Floating Rate | | $1,000 or less | Dividend | None | Cash Market | | | |
| - T Rowe Price Instl Floating Rate | | | | | | Sold | 03/27/2018 | $15,000 or less |
| - TCW Funds Emerging Markets | | | None | | | | | |
| - Vanguard Treasury Money Market Fund | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| - Vanguard Treasury Money Market Fund | | | | | | Purchased | 02/01/2018 | $15,000 or less |
| - Vanguard Treasury Money Market Fund | See Note | | | | | Sold | 02/05/2018 | $15,000 or less |
| DSL Real Estate | | $1,000 or less | Dividend | $1 - $15,000 | Book Value | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| 1st SouthWest Bank cash account | | None | $1 - $15,000 | Cash Market | | | |
| Residential Rental Property #1, Los Angeles, CA | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| Residential Rental Property #2, Los Angeles, CA | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| Residential Rental Property #3, Los Angeles, CA | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| Residential Rental Property (Triplex), Los Angeles, CA | $50,001 - $100,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| Chase Bank Savings Account | $1,001 - $2,500 | Interest | $250,001 - $500,000 | Cash Market | | | |
| - Lazard Emerging Markets Fd (LZEMX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| - Lazard Emerging Markets Fd (LZEMX) | | | | | Purchased | 01/04/2018 | $15,000 or less |
| - Mgd Portfolio Series Tortoise MLP & Pipeline I | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Mgd Portfolio Series Tortoise MLP & Pipeline I | | | | | Purchased | 10/05/2018 | $15,000 or less |
| Northwestern Mutual Life Ins Co, Whole Life Insurance Policy (X) | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Time Share Rental Property, Avon, CO (X) — See Note | $5,001 - $15,000 | Rent | $50,001 - $100,000 | Estimated | | | |
| Wells Fargo Certificates of Deposit | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |

# Additional Information or Explanation

| PART | # | NOTE |
| --- | --- | --- |
| VII. | 1 | Estimated value based on comparative sales. |
| VII. | 2 | Estimated value based on comparative sales. |
| VII. | 5 | Land was purchased on January 1, 2003 for $50,174 from the estate of Maria Medina, property is subject to mortgage. |
| VII. | 7 | Assets over $10,000 value consist of family ranch, land, water rights, equipment, livestock and related property held in partnership with family members. |
| VII. | 8 | Assets over $10,000 value consist of law partnership income earned prior to June 30, 1995 in the form of annuities. For tax purposes, annuity income is reported by CFL, P.C. I own 100% of the stock of "Carlos F. Lucero, PC" however the assets of this corporation include only a bank account for which the value and income amounts are less than the required reporting amounts. This corporation does receive income in the form of an annuity and is reported in Part III. |
| VII. | 10.4.1 | Sold (part) |
| VII. | 10.5.1 | Sold (part) |
| VII. | 13.1.1 | Sold Part |
| VII. | 13.13.1 | Sold (part) |
| VII. | 13.13.2 | Sold (part) |
| VII. | 13.14.1 | Sold (part) |
| VII. | 13.22.2 | Sold (part) |
| VII. | 15 | Estimated value based on comparative sales. |